**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **VELOCITY AGENCY LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. _____** |
| **v.** | § | |
| | § | |
| **FIREMAN'S FUND INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF REMOVAL**

Defendant Fireman's Fund Insurance Company ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and would show the Court as follows:

**Commencement and Service**

1.      On July 30, 2013, Plaintiff Velocity Agency, LLC commenced this action against Defendant by filing Plaintiff's Petition in the 24th Judicial District Court, Parish of Jefferson, Louisiana, Civil Action No: 729470, styled *Velocity Agency, LLC v. Fireman's Fund Insurance Company.*

2.      Defendant was served with service of process through Louisiana Secretary of State on August 19, 2013.

3.      This Notice of Removal is filed within thirty days of the receipt of Plaintiff's Petition and within one year of the commencement of this action in accordance with 28 U.S.C. § 1446(b).

## Grounds for Removal

4.       Defendant is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diversity of citizenship.

## Diversity Jurisdiction

5.       This is an action with complete diversity of citizenship between Plaintiff and Defendant.

6.       Plaintiff is a Louisiana limited liability corporation whole members are domiciled in the State of Louisiana.

7.       Defendant is a California corporation with a principle place of business in California.

## Amount in Controversy

8.       If this Court makes an independent appraisal of the amount of Plaintiff's claim or relies on the removal papers of Defendant, the Court will conclude that the amount in controversy exceeds $75,000.00 because it is facially apparent from Plaintiff's Petition that Plaintiff seeks more than $75,000.00 in damages.[1]

9.       While filming "Salted Flats Fly Fishing," Plaintiff claims it lost its camera when the camera fell off the boat and sank to the bottom of the marsh.[2]  Plaintiff's claim against Defendant arises out of the denial of an insurance claim for the costs of a replacement lens and the costs to re-shoot the film.[3]  Plaintiff states its damages are the cost of a new film lens

---

[1] *See Hurst v. American Media, Inc.*, CIV.A., 13-4770, 2013 WL 41710494, *2 (E.D. La. Aug. 30, 2013); (citing *Allen v. R&H Oil & Gas Co*., 63 F.3d 1326, 1335 (5th Cir. 1995)).
[2] *See* Exhibit B, Certified Coy of Plaintiff's Original Petition, at pg.2.
[3] *See* Exhibit B at pg. 2.

($48,000) and the expenses for re-shooting "Salted Flats Fly Fishing" ($35,925).[4]   These

damages alone total $83,925, which is sufficient to establish jurisdiction in this Court.  However,

Plaintiff also pleads "penalties for bad faith," "compensatory damages associated with mental

distress," and attorney's fees.[5]   Therefore, it is clear on the face of the Petition that Plaintiff is

seeking over $75,000.00 in damages.

## Venue

10.     Venue lies in the United States District Court for the Eastern District of

Louisiana, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), because Plaintiff filed the state court

action in this judicial district.

## Notice

11.     Defendant will also file with the clerk of the state court and will serve upon

Plaintiff's counsel a notice of the filing of this notice of removal.

## State Court Pleadings

12.     Certified copies of all state court pleadings are attached to this Notice of

Removal.

## Exhibits to Notice of Removal

13.     The following documents are attached to this Notice as correspondingly lettered

exhibits:

A.     An Index of Matters Being Filed;

B.     A Certified copy of Plaintiff's Petition;

C.     A Certified copy of Civil Citation for Defendant;

D.     List of Parties and Counsel of Record.

---

[4] *See id.*

[5] *See Jaber v. State Farm Mut. Auto. Ins. Co.,* 2:12-CV-01071, 2012 WL 3028288, *5 (E.D. La. July 24, 2012); Manguno v. Prudential Prop. and Cas. Ins. Co.,* 276 F.3d 720, 724 (5th Cir. 2002)

**Conclusion**

WHEREFORE, Defendant Fireman's Fund Insurance Company, pursuant to the statutes

cited herein and in conformity with the requirements set forth in 28 U.S.C. §§ 1441 and 1446,

removes this action from 24th Judicial District Court, Parrish of Jefferson, Louisiana.

**DATE: September 13, 2013.**


EDISON, MCDOWELL & HETHERINGTON LLP

/s/ Rachel G. Webre_____
Rachel G. Webre (#26907)
Emily E. Eagan (#29166)
Megan A. Cambre (#33757)
GIEGER, LABORDE & LAPEROUSE,
LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

ATTORNEY FOR FIREMAN'S FUND
INSURANCE COMPANY


OF COUNSEL:

By: /s/ David T. McDowell_____
David T. McDowell
State Bar No. 00791222
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
*pro hac admission documents to be filed*

-5-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on the 13th day of September, 2013 on the following counsel of record by certified mail, return receipt requested:

C. Michael Winters,
829 Baronne Street
New Orleans, LA 70113
Phone No: (504) 581-1394
Fax No: (504) 581-7651
ATTORNEY FOR VELOCITY AGENCY, INC.

/s/ <i>Rachel G. Webre</i>
Rachel G. Webre
